IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MINUTE ORDER**

WILLIE BAILEY, III
        Plaintiff (s),

    **vs.**                                        CIV-S-02-1246-GEB/GGH-HC

T.L. ROSARIO,
        Defendant (s),
_____/

    Please be advised.  Because there has been no opposition filed regarding Respondent's Motion to Vacate, currently scheduled on Thursday,  May 25, 2006 at 10:00 a.m. the matter is hereby vacated from  calendar and submitted on the documents. The court will issue an order at its convenience.

    If you have any questions concerning  this decision  please contact Valerie Callen at (916) 930-4199.

Dated: May 23, 2006                                               Valerie K. Callen
                                                                              Court Clerk