IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY,

    Petitioner,               No. CIV S-02-1246 GEB GGH P

    vs.

SCOTT KERNAN, et al.,

    Respondents.        ORDER

_____/

        On July 9, 2007, the court ordered that this action shall proceed upon only the claims exhausted in the original petition.

        Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, respondent shall file a response to the exhausted claims; petitioner's reply is due thirty days thereafter.

DATED: 7/24/07

                /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

bai1246.sch

1

Dockets.Justia.com