IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIE BAILEY III,** | 2:02-cv-1246 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **T.L. ROSARIO, Warden, et al.,** | |
| Respondent. | |

WHEREFORE, declarant respectfully requests that this court issue an order enlarging by thirty (30) additional days, the time for respondent to file a responsive pleading and allowing respondent to and including September 22, 2007, to file such pleading.

Dated: 9/4/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

bail1246.eot(2)

[Proposed] Order

1