IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**WILLIE BAILEY III,**

                      Petitioner,

    v.

**T.L. ROSARIO, Warden, et al.,**

                      Respondent.

2:02-cv-1246 GEB GGH P

**ORDER**

      WHEREFORE, declarant respectfully requests that this court issue an order enlarging by thirty (30) additional days, the time for respondent to file a responsive pleading and allowing respondent to and including October 22, 2007, to file such pleading

Dated: 9/27/07                                 /s/ Gregory G. Hollows

                                                 UNITED STATES MAGISTRATE JUDGE

bai246.eot(2)