```
WILLIE BAILEY, III,              )  NO. 2:02-civ-1246 GEB GGH HC
                                 )
            Petitioner,          )
                                 )
     v.                          )  ORDER
                                 )
T.L.ROSARIO, Warden              )
                                 )
            Respondent.          )  Judge:   Gregory G. Hollows
                                 )              (Chambers)
_____  )
```

GOOD CAUSE APPEARING, petitioner is given to and including December 19, 2007, in which to file a Traverse.

Dated: 11/29/07                           /s/ Gregory G. Hollows
                                          _____
                                          Hon. Gregory G. Hollows
                                          United States Magistrate Judge

bai1246.eot(2)