IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY, III,

       Petitioner,                 No. CIV S-02-1246 GEB GGH P

    vs.

T. L. ROSARIO, et al.,

       Respondents.            <u>ORDER</u>

_____/

       Good cause appearing, IT IS HEREBY ORDERED that petitioner may file his reply to respondent's answer on or before February 4, 2008.

DATED: 12/26/07

                                                           /s/ Gregory G. Hollows

                                                           UNITED STATES MAGISTRATE JUDGE

bai1246.eot