IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY, III,

    Petitioner,               No. CIV S-02-1246 GEB GGH P

    vs.

T.L. ROSARIO,

    Respondent.          <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's February 4, 2008, request for extension of time is granted;

    2. Petitioner's reply to respondent's answer is due on or before March 17, 2008.

**No further extensions.**

DATED: 02/22/08

                          /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

bail1246.eot