1

2

3

4

5

6

7

8

9

10   WILLIE BAILEY, III,                    )   NO. 2:02-CIV-1246 GEB GGH HC
                                            )
11                    Petitioner,           )
                                            )
12        v.                                )   ORDER
                                            )
13   T.L.ROSARIO, Warden                    )
                                            )
14                    Respondent.           )
                                            )
15   _____       )

16
            GOOD CAUSE APPEARING, petitioner is given to and including March 31, 2008, in
17
     which to file a Traverse.
18
            IT IS SO ORDERED.
19

20
     Dated: 03/28/08                        /s/ Gregory G. Hollows
21                                          U.S. Magistrate Judge

22

23   baieot.2

24

25

26

27

28