IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY, III,

    Petitioner,               No. CIV S-02-1246 GEB GGH P

    vs.

T.L. ROSARIO,

    Respondent.            <u>ORDER</u>

_____/

    GOOD CAUSE APPEARING, petitioner is given to and including April 14, 2008, in which to file a reply to respondent's answer.

DATED: 04/08/08

                             /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

bail1246.eot(2)

1