IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BAILEY, III,

    Petitioner,        No. CIV S-02-1246 GEB GGH P

  vs.

T.L. ROSARIO,

    Respondent.      <u>ORDER</u>

_____/

GOOD CAUSE APPEARING, petitioner is given to and including April 21, 2008, in which to file a reply to respondent's answer.

DATED: 04/21/08

                                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

bail1246.eot(fin)